Argued and submitted August 7, 1991, affirmed February 12, reconsideration denied April 15, petition for review allowed April 24, 1992 (313 Or 209)

# HOMER BRITAIN,
*Appellant,*

*v.*

# Manfred (Fred) MAASS,
*Respondent.*

## (90 C 11681; CA A67827)

825 P2d 657

Jay Edwards, Salem, argued the cause and filed the brief for appellant.

Timothy A. Sylwester, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM